HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (NV Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
wwa@h2law.com

*Attorneys for Defendant*
*Pioneer Natural Resources Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP. F/K/A CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br>Defendants. | Case No.  2:24-cv-00103-GMN-MDC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO: ALL INTERESTED PARTIES**

Please take notice that W. West Allen, Esq. of HOWARD & HOWARD ATTORNEYS PLLC, hereby enters his appearance in the above-captioned matter as Counsel for Defendant Pioneer Natural Resources Company.

/ / /

1

It is respectfully requested that in addition to service on all counsel currently listed, all future documents in this action be similarly served upon W. West Allen, Esq. on behalf of the above-named Defendant at the following address:

> W. WEST ALLEN
> HOWARD & HOWARD ATTORNEYS PLLC
> 3800 Howard Hughes Parkway, Suite 1000
> Las Vegas, Nevada 89169
> Telephone: (702) 257-1483
> Facsimile: (702) 567-1568
> wwa@h2law.com

DATED:  January 31, 2024

**HOWARD & HOWARD ATTORNEYS PLLC**

By: */s/ W. West Allen*
    W. WEST ALLEN
    Nevada Bar. No. 5566
    3800 Howard Hughes Parkway, Suite 1000
    Las Vegas, Nevada 89169
    Telephone: (702) 257-1483
    Facsimile: (702) 567-1568
    wwa@h2law.com

*Attorneys for Defendant*
*Pioneer Natural Resources Company*

**CERTIFICATE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on January 31, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

Executed on January 31, 2024.    */s/ Victoria Agunos*
                                  Employee of Howard & Howard Attorneys PLLC

4887-8524-4833, v. 1