HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (NV Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:   702.567.1568
wwa@h2law.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

[*Additional Attorneys Listed In Signature Block*]

GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE
   (*pro hac vice forthcoming*)
JAY P. SRINIVASAN
   (*pro hac vice forthcoming*)
S. CHRISTOPHER WHITTAKER
   (*pro hac vice forthcoming*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
BORIS BERSHTEYN
   (*pro hac vice forthcoming*)
KAREN HOFFMAN LENT
   (*pro hac vice forthcoming*)
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:   917.777.2000

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>      v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>                        Defendants. | CASE NO. 2:24-cv-00103-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron (together, "Plaintiffs") and all Defendants in this action, Permian Resources Corp. f/k/a Centennial Resource Development, Inc., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, that Defendants shall have an additional 60 days to answer or otherwise respond to the Complaint (ECF No. 1). Defendants' original response deadline is February 7, 2024. With an additional 60 days, Defendants' deadline to answer or otherwise respond to the Complaint is extended to April 8, 2024.

Good cause exists for the extension set forth herein.

*First,* eight defendants have been named in this action. Defense counsel were only recently retained, and they require additional time to organize themselves, meet and confer with plaintiffs, and streamline any potential motions that may be presented to the Court.

*Second*, three additional, related actions have been filed against Defendants in this District.[2] Additional time is warranted so that the parties and the Court may determine whether and which of the other actions filed against Defendants in this District should be coordinated with this action.

*Third*, the interests of efficiency would be served by allowing the parties sufficient time to meet and confer on a reasonable approach and briefing schedule for any motions to be presented

---

[1] By entering into this stipulation, none of the Defendants are waiving any of their potential defenses or arguments to this action, including but not limited to those related to personal jurisdiction and venue.

[2] On January 22, 2024, a complaint was filed against Defendants in *Andrew Caplen Installations LLC et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00150-JCM-DJA; on January 24, 2024, a complaint was filed against Defendants in *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164-GMN-NJK; and on January 29, 2024, a complaint was filed against Defendants in *Courtmanche et al. v Permian Resources Corp. et al.*, No. 2:24-cv-00198. Two notices of related cases have been filed in the instant action (ECF Nos. 20, 23), and a notice of related cases in each: *Andrew Caplen Installations* (ECF No. 10), *These Paws Were Made for Walkin'* (ECF No. 5), and *Courtmanche* (ECF No.10). The parties have indicated they would be amenable to proceeding on this schedule in the event the cases are coordinated for pretrial proceedings.

to the Court in these actions, with the goal of minimizing the number of filings and avoiding duplication.

   This is the first extension requested for Defendants to respond to the Complaint and is not made for the purpose of delay.

Dated:  January 31, 2024

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (NV Bar No. 5566)


By:  /s/ W. West Allen
   W. West Allen

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge (*pro hac vice forthcoming*)
Jay P. Srinivasan (*pro hac vice forthcoming*)
S. Christopher Whittaker (*pro hac vice forthcoming*)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Boris Bershteyn (*pro hac vice forthcoming*)
Karen Hoffman Lent (*pro hac vice forthcoming*)

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

Dated:  January 31, 2024


By:  /s/ E. Leif Reid


E. Leif Reid
LEWIS ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: (775) 321-3415
lreid@lewisroca.com

Jeffrey L. Kessler (*pro hac vice forthcoming*)
Jeffrey J. Amato (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
jkessler@winston.com

Dated:  January 31, 2024

MORRIS, SULLIVAN & LEMKUL, LLP


By: /s/ Christopher A. Turtzo
Christopher A. Turtzo; NV Bar No. 10253
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

*Local Counsel for Plaintiffs*

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick J. Coughlin (*pro hac vice forthcoming*)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice forthcoming*)
Isabella De Lisi (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com

| | |
|---|---|
| jamato@winston.com | msrodoski@scott-scott.com |
| | idelisi@scott-scott.com |
| Thomas M. Melsheimer (*pro hac vice forthcoming*) | |
| Thomas B. Walsh, IV (*pro hac vice forthcoming*) | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| WINSTON & STRAWN LLP | Patrick Rodriguez (*pro hac vice forthcoming*) |
| 2121 N. Pearl Street, Suite 900 | |
| Dallas, TX 75201 | 230 Park Ave., 17th Floor |
| Tel: (212) 294-6700 | New York, NY 11069 |
| tmelsheimer@winston.com | Tel: (212) 223-6444 |
| twalsh@winston.com | prodriguez@scott-scott.com |
| | *Counsel for Plaintiffs* |

*Attorneys for Defendant*
*DIAMONDBACK ENERGY, INC.*

Dated:  January 31, 2024


By:  /s/ J. Colby Williams
        J. Colby Williams, Esq.

CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, ESQ. (5549)
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
jcw@cwlawlv.com
pre@cwlawlv.com


LATHAM & WATKINS LLP

MARGUERITE M. SULLIVAN (*pro hac vice forthcoming*)
JASON D. CRUISE (*pro hac vice forthcoming*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Marguerite.Sullivan@lw.com
Jason.Cruise@lw.com

LAWRENCE E. BUTERMAN (*pro hac vice forthcoming*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Lawrence.Buterman@lw.com

*Attorneys for Defendant*
CHESAPEAKE ENERGY CORPORATION

Dated:  January 31, 2024

HOLLEY DRIGGS LTD
NICHOLAS J. SANTORO (NV Bar No. 532)
F. THOMAS EDWARDS (NV Bar No. 9549)


By:  /s/ *Nicholas J. Santoro*
         Nicholas J. Santoro


WACHTELL, LIPTON, ROSEN & KATZ
Kevin S. Schwartz (*pro hac vice forthcoming*)
David A. Papirnik (*pro hac vice forthcoming*)


*Attorneys for Defendant*
HESS CORPORATION

Dated:  January 31, 2024


By:  /s/ *Devora W. Allon*
         Devora W. Allon


Devora W. Allon (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
devora.allon@kirkland.com
Telephone: 212-446-5967
Facsimile: 212-446-4900

Jeffrey J. Zeiger (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
jzeiger@kirkland.com
Telephone: 312-862-3237
Facsimile: 312-862-2200

Akhil K. Gola (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.

Washington, D.C. 20004
akhil.gola@kirkland.com
Telephone: 202-389-3256
Facsimile: 202-389-5200


*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

Dated:  January 31, 2024


By:  /s/ *Christopher E. Ondeck*
        Christopher E. Ondeck


PROSKAUER ROSE LLP
CHRISTOPHER E. ONDECK (*pro hac vice* forthcoming)
STEPHEN R. CHUK (*pro hac vice* forthcoming)
1001 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
TELEPHONE: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

KYLE A. CASAZZA (*pro hac vice* forthcoming)
2029 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067-3010
TELEPHONE: (310) 284-5677
kcasazza@proskauer.com

WHITTEN BURRAGE
MICHAEL BURRAGE (*pro hac vice* forthcoming)
512 NORTH BROADWAY AVENUE, STE 300
OKLAHOMA CITY, OK 73102
TELEPHONE: (888) 783-0351
mburrage@whittenburragelaw.com

*Attorneys for Defendant*
*CONTINENTAL RESOURCES, INC.*

Dated:  January 31, 2024

McDONALD CARANO LLP
KRISTEN T. GALLAGHER (NV Bar No. 9561)

Gibson, Dunn &
Crutcher LLP

6

By: /s/ Kristen t. Gallagher
      Kristen T. Gallagher
2300 West Sahara Ave., Suite 1200
Las Vegas, NV 89102
kgallagher@mcdonaldcarano.com


VINSON & ELKINS LLP
Michael W. Scarborough (*pro hac vice forthcoming*)
Dylan I. Ballard (*pro hac vice forthcoming*)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
Facsimile: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald (*pro hac vice forthcoming*)
Adam L. Hudes (*pro hac vice forthcoming*)
Stephen M. Medlock (*pro hac vice forthcoming*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com
ahudes@velaw.com
smedlock@velaw.com

*Attorneys for Defendant*
*PERMIAN RESOURCES CORPORATION*

Dated:  January 31, 2024


By: /s/ John M. Taladay
John M. Taladay (*pro hac vice* forthcoming)
Christopher Wilson (*pro hac vice* forthcoming)
Kelsey Paine (*pro hac vice* forthcoming)
Megan Tankel (*pro hac vice* forthcoming)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001-5692
Phone (202) 639-7909
Fax (202) 639-1165
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com

Gibson, Dunn & Crutcher LLP

7

1    megan.tankel@bakerbotts.com

2    *Counsel for Defendant*
3    *EOG RESOURCES, INC.*

4    PISANELLI BICE PLLC

5    By:    */s/ James J. Pisanelli*

6    James J. Pisanelli, Esq., #4027
7    Debra L. Spinelli, Esq., #9695
     400 South 7th Street, Suite 300
8    Las Vegas, Nevada 89101

9    *Local Counsel for Defendant*
     *EOG RESOURCES, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____