**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL ROSENBAUM, RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

vs.

PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC., et al.

Defendant(s).

Case # 2:24-cv-00103

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Michael P. Srodoski (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Scott+Scott Attorneys at Law LLP
(firm name)

with offices at 156 S. Main Street (street address),

Colchester (city), Connecticut (state), 06415 (zip code),

860-537-5537 (area code + telephone number), msrodoski@scott-scott.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Plaintiffs [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 06/26/2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Colorado | 01/20/2023 | N/A |
| District of Minnesota | 12/20/2017 | 0398250 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Minnesota - admitted 10/28/2016, Bar #0398250

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Michael P. Srodoski
Petitioner's signature

STATE OF CONNECTICUT )
)
COUNTY OF NEW LONDON )

Michael P. Srodoski, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

31st day of January, 2024.

Notary Public ~~or Clerk of Court~~

Christine Flaherty
Notary Public, State of Connecticut
My Commission Expires July 31, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Christopher A. Turtzo (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3960 Howard Hughes Parkway, Suite 400,
(street address)

Las Vegas, Nevada, 89169,
(city) (state) (zip code)

702-405-8100, turtzo@morrissullivanlaw.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Christopher A. Turtzo as (name of local counsel) his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by: Daniel Rosenbaum
7F49103E28B54DF...
(party's signature)

Daniel Rosenbaum
(type or print party name, title)

SEE EXHIBIT 3 FOR ADDITIONAL CLIENT SIGNATURES
(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

10253 turtzo@morrissullivanlaw.com
Bar number Email address

APPROVED:

Dated: this 31 day of January, 2024.

UNITED STATES DISTRICT JUDGE

Rev. 5/16

# EXHIBIT A



# *Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

*Michael Paul Srodoski*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***June 26, 2019,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Albany on January 22, 2024.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00156492*

# EXHIBIT B

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MICHAEL PAUL SRODOSKI

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2016

Given under my hand and seal of this court on

January 22, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration

# EXHIBIT C

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Christopher A. Turtzo as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
Reneldo Rodriguez
92E759CD4EDB48E...
(party's signature)

Reneldo Rodriguez
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

C. Turtzo
Designated Resident Nevada Counsel's signature

10253 | turtzo@morrissullivanlaw.com
Bar number | Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Christopher A. Turtzo as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
9C911E5ED7D84E8...
(party's signature)

Tom Caron
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

10253 turtzo@morrissullivanlaw.com
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

UNITED STATES DISTRICT JUDGE

Christopher A. Turtzo; NV Bar No. 10253
Bryan Baugh; NV Bar No. 16193
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
baugh@morrissullivanlaw.com

Patrick Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice* forthcoming)
Fatima Brizuela (*pro hac vice* forthcoming)
Daniel J. Brockwell (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

[Additional attorneys listed on signature page.]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,

Defendants.

Case No. 2:24-cv-00103-GMN-MDC

Date: January 12, 2024

*/s/ Christopher A. Turtzo*
Christopher A. Turtzo; NV Bar No. 10253
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

*Local Counsel for Plaintiffs*

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick J. Coughlin
Carmen Medici
Fatima Brizuela
Daniel J. Brockwell
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick McGahan
Michael Srodoski
Isabella De Lisi
Zachary Kranc
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com
zkranc@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick Rodriguez
230 Park Ave., 17th Floor
New York, NY 11069
Tel: (212) 223-6444
prodriguez@scott-scott.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL, LLP, and that I caused a true and correct copy of the foregoing VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL be served via Electronic Service to all parties and counsel identified on the CM/ECF System via electronic notification on this 31ST day of January 2024.

*/s/Dominique Rocha*
**An Employee of Morris, Sullivan & Lemkul**