| | |
|---|---|
| E. Leif Reid (NV Bar No. 5750)<br>Kristen L. Martini (NV Bar No. 11272)<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501<br>Tel: (775) 823-2900<br>Fax: (775) 823-2929<br>Email: lreid@lewisroca.com<br>        kmartini@lewisroca.com | Thomas M. Melsheimer (*pro hac vice pending*)<br>Thomas B. Walsh, IV (*pro hac vice pending*)<br>WINSTON & STRAWN LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>Tel: (212) 294-6700<br>Email: tmelsheimer@winston.com<br>        twalsh@winston.com |

Jeffrey L. Kessler (*pro hac vice forthcoming*)
Jeffrey J. Amato (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Email: jkessler@winston.com
        jamato@winston.com

*Attorneys for Defendant Diamondback Energy, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No. 2:24-cv-00103-GMN-MDC<br><br>**DEFENDANT DIAMONDBACK ENERGY, INC.'S NOTICE OF APPEARANCE OF COUNSEL (KRISTEN L. MARTINI)** |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | ANDREW CAPLEN INSTALLATIONS LLC, and EDWARD ALLEGRETTI, D/B/A ALFRED AUTO CENTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>                              Defendants. | Consolidated Case No. 2:24-cv-00150-GMN-MDC |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | THESE PAWS WERE MADE FOR WALKIN' LLC, on behalf of itself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>                              Defendants. | Consolidated Case No. 2:24-cv-00164-GMN-MDC |

PLEASE TAKE NOTICE that Kristen L. Martini, of Lewis Roca Rothgerber Christie LLP, enters her appearance in the above-captioned matter as attorney for Defendant Diamondback Energy, Inc.

It is respectfully requested that in addition to service on all counsel currently listed, all future documents in this action be similarly served upon Kristen L. Martini on behalf of Defendant Diamondback Energy, Inc., at the following address:

Kristen L. Martini
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: (775) 823-2900
Fax: (775) 823-2929
Email: kmartini@lewisroca.com

Dated this 5th day of February, 2024.

                         LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristen L. Martini*
E. Leif Reid, NV Bar No. 5750
Kristen L. Martini, NV Bar No. 11272)\
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
One East Liberty Street, Suite 300
Reno, Nevada 89501

*Local Counsel for Defendant Diamondback Energy, Inc.*

Thomas M. Melsheimer (*pro hac vice pending*)
Thomas B. Walsh, IV (*pro hac vice pending*)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201

Jeffrey L. Kessler (*pro hac vice forthcoming*)
Jeffrey J. Amato (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
200 Park Avenue, New York, NY 10166

*Attorneys for Defendant Diamondback Energy, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 5th day of February, 2024, I caused the foregoing **DEFENDANT DIAMONDBACK ENERGY, INC.'S NOTICE OF APPEARANCE OF COUNSEL (KRISTEN L. MARTINI)** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to:

| | |
|---|---|
| Christopher A. Turtzo<br>Bryan Baugh<br>MORRIS, SULLIVAN & LEMKUL, LLP<br>3960 Howard Hughes Parkway, Suite 400<br>Las Vegas, Nevada 89169<br>turtzo@morrissullivanlaw.com<br>bbaugh@morrissullivanlaw.com<br><br>Patrick J. Coughlin<br>Carmen Medici<br>Fatima Brizuela<br>Daniel J. Brockwell<br>SCOTT+SCOTT ATTORNEYS<br>AT LAW LLP<br>600 W. Broadway, Suite 3300<br>San Diego, California 92101<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com<br>fbrizuela@scott-scott.com<br>dbrockwell@scott-scott.com<br><br>Patrick McGahan<br>Michael Srodoski<br>Isabella De Lisi<br>SCOTT+SCOTT ATTORNEYS<br>AT LAW LLP<br>156 S Main Street<br>P.O. Box 192<br>Colchester, Connecticut 06415<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br>idelisi@scott-scott.com<br><br>Patrick Rodriguez | Kristen T. Gallagher<br>MCDONALD CARANO LLP<br>2300 West Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>kgallagher@mcdonaldcarano.com<br><br>Michael W. Scarborough<br>Dylan I. Ballard<br>VINSON & ELKINS LLP<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>mscarborough@velaw.com<br>dballard@velaw.com<br><br>Craig P. Seebald<br>Adam L. Hudes<br>Stephen M. Medlock<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>cseebald@velaw.com<br>ahudes@velaw.com<br>smedlock@velaw.com<br><br>*Attorneys for Defendant Permian Resources Corp. f/k/a Centennial Resource Development, Inc.*<br><br>J. Colby Williams<br>Philip R. Erwin<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Suite A |

| | | |
|---|---|---|
| 1 | SCOTT+SCOTT ATTORNEYS | Las Vegas, Nevada 89101 |
| 2 | AT LAW LLP | jcw@cwlawlv.com |
| | 230 Park Ave., 17th Floor | pre@cwlawlv.com |
| 3 | New York, New York 11069 | |
| | prodriguez@scott-scott.com | Marguerite M. Sullivan |
| 4 | | Jason D. Cruise |
| 5 | *Attorneys for Plaintiffs Daniel Rosenbaum,* | LATHAM & WATKINS LLP |
| | *Reneldo Rodriguez, and Thomas Caron* | 555 Eleventh Street, N.W., Suite 1000 |
| 6 | | Washington, D.C. 20004 |
| | Robert T. Eglet | Marguerite.Sullivan@lw.com |
| 7 | Artemus W. Ham, IV | Jason.Cruise@lw.com |
| 8 | Erica D. Entsminger | Lawrence E. Buterman |
| | EGLET ADAMS EGLET | LATHAM & WATKINS LLP |
| 9 | HAM & HENRIOD | 1271 Avenue of the Americas |
| | 400 South Street, Suite 400 | New York, New York 10020 |
| 10 | Las Vegas, Nevada 89101 | Lawrence.Buterman@lw.com |
| 11 | eservice@egletlaw.com | |
| | | *Attorneys for Defendant Chesapeake* |
| 12 | *Proposed Counsel for Plaintiffs Andrew* | *Energy Corporation* |
| | *Caplen Installations LLC and Edward* | |
| 13 | *Allegretti, d/b/a Alfred Auto Center and the* | Christopher E. Ondeck |
| 14 | *Proposed Class* | Stephen R. Chuk |
| | | PROSKAUER ROSE LLP |
| 15 | Brent W. Johnson | 1001 Pennsylvania Avenue NW |
| | Benjamin Brown | Washington, DC 20004 |
| 16 | Robert W. Cobbs | condeck@proskauer.com |
| | Nina Jaffe-Geffner | schuk@proskauer.com |
| 17 | COHEN MILSTEIN SELLERS | |
| 18 | & TOLL PLLC | Kyle A. Casazza |
| | 1100 New York Avenue NW, 5th Floor | PROSKAUER ROSE LLP |
| 19 | Washington, DC 20005 | 2029 Century Park East, Suite 2400 |
| | bjohnson@cohenmilstein.com | Los Angeles, California 90067 |
| 20 | bbrown@cohenmilstein.com | kcasazza@proskauer.com |
| | rcobbs@cohenmilstein.com | |
| 21 | njaffegeffner@cohenmilstein.com | Michael Burrage |
| 22 | | WHITTEN BURRAGE |
| | Michael Eisenkraft | 512 North Broadway Avenue, Ste 300 |
| 23 | Christopher Bateman | Oklahoma City, Oklahoma 73102 |
| | Aaron Marks | mburrage@whittenburragelaw.com |
| 24 | COHEN MILSTEIN SELLERS | |
| | & TOLL PLLC | *Attorneys for Defendant Continental* |
| 25 | 88 Pine Street, 14th Floor | *Resources, Inc* |
| 26 | New York, New York 10005 | |
| | meisenkraft@cohenmilstein.com | James J. Pisanelli |
| 27 | cbateman@cohenmilstein.com | Debra L. Spinelli |
| | amarks@cohenmilstein.com | PISANELLI BICE PLLC |
| 28 | | 400 South 7th Street, Suite 300 |

- 3 -

| | | |
|---|---|---|
| 1 | *Proposed Interim Counsel for Plaintiffs Andrew Caplen Installations LLC and Edward Allegretti, d/b/a Alfred Auto Center and the Proposed Class* | Las Vegas, Nevada 89101 jjp@pisanellibice.com dls@pisanellibice.com |
| 2 | | |
| 3 | | |
| | | John M. Taladay |
| 4 | Martin A. Muckleroy | Christopher Wilson |
| | MUCKLEROY LUNT, LLC | Kelsey Paine |
| 5 | 6077 S. Fort Apache Rd., Ste 140 | Megan Tankel |
| | Las Vegas, Nevada 89148 | BAKER BOTTS L.L.P. |
| 6 | martin@muckleroylunt.com | 700 K Street N.W. |
| 7 | | Washington, D.C. 20001 |
| | Brian D. Clark | john.taladay@bakerbotts.com |
| 8 | Rebecca A. Peterson | christopher.wilson@bakerbotts.com |
| | Stephen J. Teti | kelsey.paine@bakerbotts.com |
| 9 | Arielle S. Wagner | megan.tankel@bakerbotts.com |
| | LOCKRIDGE GRINDAL NAUEN PLLP | |
| 10 | 100 Washington Avenue S, Suite 2200 | *Attorneys for Defendant EOG Resources,* |
| 11 | Minneapolis, Minnesota 55401 | *Inc.* |
| | bdclark@locklaw.com | |
| 12 | rapeterson@locklaw.com | Nicholas J. Santoro |
| | sjteti@locklaw.com | F. Thomas Edwards |
| 13 | aswagner@locklaw.com | HOLLEY DRIGGS LTD |
| 14 | | 300 South 4th Street, Suite 1600 |
| | *Attorneys for Plaintiff These Paws Were* | Las Vegas, NV 89101 |
| 15 | *Made for Walkin' LLC* | nsantoro@nevadafirm.com |
| | | tedwards@nevadafirm.com |
| 16 | W. West Allen | |
| 17 | HOWARD & HOWARD | Kevin S. Schwartz |
| | ATTORNEYS PLLC | David A. Papirnik |
| 18 | 3800 Howard Hughes Parkway, Suite 1000 | WACHTELL, LIPTON, ROSEN & KATZ |
| | Las Vegas, Nevada 89169 | 51 West 52nd Street |
| 19 | wwa@h2law.com | New York, NY 10019 |
| | | ksschwartz@wlrk.com |
| 20 | Samuel G. Liversidge | dapapirnik@wlrk.com |
| 21 | Jay P. Srinivasan | |
| | S. Christopher Whittaker | *Attorneys for Defendant Hess Corporation* |
| 22 | GIBSON, DUNN & CRUTCHER LLP | |
| | 333 South Grand Avenue | Devora W. Allon |
| 23 | Los Angeles, California 90071 | KIRKLAND & ELLIS LLP |
| | sliversidge@gibsondunn.com | 601 Lexington Avenue |
| 24 | jsrinivasan@gibsondunn.com | New York, New York 10022 |
| 25 | cwhittaker@gibsondunn.com | devora.allon@kirkland.com |
| 26 | Boris Bershteyn | Jeffrey J. Zeiger |
| | Karen Hoffman Lent | KIRKLAND & ELLIS LLP |
| 27 | SKADDEN, ARPS, SLATE, | 300 North LaSalle |
| | MEAGHER & FLOM LLP | Chicago, Illinois 60654 |
| 28 | One Manhattan West | jzeiger@kirkland.com |

| | | |
|---|---|---|
| 1 | New York, New York 10001 | Akhil K. Gola |
| 2 | boris.bershteyn@skadden.com<br>karen.lent@skadden.com | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W. |
| 3 | | Washington, D.C. 20004 |
| 4 | *Attorneys for Defendant Pioneer Natural Resources Company* | akhil.gola@kirkland.com |
| 5 | | *Attorneys for Defendant Occidental Petroleum Corporation* |

                                                 */s/ Jessie M. Helm*
                                                 Employee of Lewis Roca Rothgerber Christie LLP