Martin A. Muckleroy
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Phone (702) 907-0097
Fax (702) 938-4065
martin@muckleroylunt.com

Brian D. Clark (*pro hac vice* forthcoming)
Rebecca A. Peterson (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
Arielle S. Wagner (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSENBAUM, *et al.*, | Case No. 2:24-cv-00103-GMN-MDC |
| Plaintiff, | **MOTION FOR THE EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATION FOR STEPHEN J. TETI** |
| v. | |
| PERMIAN RESOURCES CORP.. *et al.,* | |
| Defendants. | |
| ANDREW CAPLEN INSTALLATIONS LLC, *et al.,* | |
| Plaintiff, | |
| v. | |
| PERMIAN RESOURCES CORP.. *et al.,* | |
| Defendants. | |

|   |
|---|
| THESE PAWS WERE MADE FOR WALKIN' LLC, *et al.*, |
| Plaintiff, |
| v. |
| PERMIAN RESOURCES CORP.. *et al.*, |
| Defendants. |

Plaintiff These Paws Were Made for Walkin' LLC, individually and on behalf of all others similarly situated, hereby requests a thirty (30) day extension of the time for the following Plaintiff's Counsel to file his *pro hac vice* application with the Court: Stephen J. Teti.

This request is submitted in compliance with LR IA 6-1. This is the Plaintiff's first request for an extension of time. Plaintiff filed its Complaint on January 24, 2024 (ECF No. 1, 2:24-cv-00164-GMN-NJK). The case is now consolidated into Case No. 2:24-cv-00103-GMN-MDC (ECF No 34). The deadline for Counsel to submit their completed *pro hac vice* applications is February 7, 2024 (ECF No. 2, 2:24-cv-00164-GMN-NJK). Plaintiff's Counsel requests this extension due to a delay in receiving a Certificates of Good Standing from one of the courts in which Mr. Teti is admitted, which was requested shortly after Plaintiff's Complaint was filed. Therefore, good cause exists for the requested extension. The requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

Accordingly, Plaintiff respectfully requests an extension of up to and including March 6, 2024.

| | | |
|---|---|---|
| DATED: | February 6, 2024 | By : */s/ Martin A. Muckleroy*<br>Martin A. Muckleroy<br>**MUCKLEROY LUNT, LLC**<br>6077 S. Fort Apache Rd., Ste 140<br>Las Vegas, NV 89148<br>Phone (702) 907-0097<br>Fax (702) 938-4065<br>martin@muckleroylunt.com |

*Proposed Counsel for Plaintiff and the Proposed Classes*

Brian D. Clark (*pro hac vice* forthcoming)
Rebecca A. Peterson (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
Arielle S. Wagner (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

*Proposed Interim Lead Counsel for Plaintiff and the Proposed Classes*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: _____