Christopher A. Turtzo; NV Bar No. 10253
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

Patrick Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

[Additional attorneys listed on signature page.]

*Attorneys for Gasoline Consumer Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No. 2:24-cv-00103-GMN-MDC<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42.1**<br><br>**RELATED CASE NO.:**<br>**2:24-CV-00253** |

Pursuant to Local Rule 42-1, Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), hereby file this Notice of Related Cases to supplement Plaintiffs' prior Notices, dated January 26, 2024 (ECF

No. 20) and January 30, 2024 (ECF No 23), with an additional case since filed in this District and which meets the criteria for relatedness.[1]

### I.     Title and Case Number of Each Possibly Related Action:

- *Mellor v. Periman Resources Corp. et al*, No. 2:24-cv-00253, filed February 6, 2024.

### II.    This Case Should be Related to *Rosenbaum v. Permian Resources Corp., et al.*

The newly filed case in *Mellor v. Permian Resources Corp., et al.* should be related to the instant action because it involves the same claims asserted in *Rosenbaum* (and the cases identified in ECF 20 and ECF 23), based on the same underlying conduct, against the same defendants. Specifically, the *Mellor* action asserts overlapping antitrust, unfair competition, and consumer protection claims against the same eight defendants: Permian Resources Corporation f/k/a Centennial Resource Development Inc.; Chesapeake Energy Corporation; Continental Resources Inc.; Diamondback Energy, Inc.; EOG Resources, Inc.; Hess Corporation; Occidental Petroleum Corporation; and Pioneer Natural Resources Company, on behalf of related putative classes (consumers of gasoline in *Rosenbaum* and consumers of commercial marine fuel in *Mellor*).

The legal and factual questions at issue in the cases overlap such that assignment to a single district judge will promote judicial efficiency and prevent inconsistent results. Therefore, relating these actions would be far more efficient than keeping them separate.

DATED this 7th day of February, 2024          **MORRIS, SULLIVAN & LEMKUL, LLP**

*/s/ Christopher A. Turtzo*
Christopher A. Turtzo; NV Bar No. 10253
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

*Local Counsel for Gasoline Consumer Plaintiffs*

---

[1] On January 26, 2024, Plaintiffs noticed the Court of the related actions in *Andrew Caplen Installations LLC v. Permian Resources Corp, et al*., No. 2:24-cv-00150, filed January 22, 2024, and *These Paws Were Made For Walkin' LLC v. Permian Resources Corp, et al*., No. 2:24-cv-00164, filed January 24, 2024. *See* ECF 20. On January 29, 2024, this Court consolidated both cases under the instant action. *See* ECF 31. On January 30, 2024, Plaintiffs noticed the Court of the related action in *Courtmanche v. Periman Resources Corp. et al*, No. 2:24-cv-00198-JAD-MDC, filed January 29, 2024. *See* ECF 23.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick Rodriguez (*pro hac vice* forthcoming)
230 Park Ave., 17th Floor
New York, NY 11069
Tel: (212) 223-6444
prodriguez@scott-scott.com

*Counsel for Gasoline Consumer Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL, LLP, and that I caused a true and correct copy of the foregoing NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42.1be served via Electronic Service to all parties and counsel identified on the CM/ECF System via electronic notification on this 7th day of February, 2024.

*/s/Dominique Rocha*
**An Employee of Morris, Sullivan & Lemkul**