Christopher A. Turtzo; NV Bar No. 10253
Bryan Baugh; NV Bar No. 16193
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
baugh@morrissullivanlaw.com

Patrick Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

[Additional attorneys listed on signature page.]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No. 2:24-cv-00103-GMN-MDC<br><br>**MOTION TO WITHDRAW APPEARANCE OF ZACHARY KRANC** |

Pursuant to Local Rule IA 11-6-b(6) of the United States District Court for the District of Nevada, Plaintiffs Daniel Rosenbaum; Reneldo Rodriguez; and Thomas Caron hereby respectfully move this Court to withdraw the appearance of Zachary Kranc as one of the attorneys of record in this matter. Plaintiffs continue to be represented by the law firms Morris, Sullivan &

Lemkul, LLP and Scott+Scott Attorneys at Law LLP.  The undersigned counsel requests that Zachary Kranc be removed from all certificates of service and the Court's e-service list.

Date: January 30, 2024

*/s/ Christopher A. Turtzo*
Christopher A. Turtzo; NV Bar No. 10253
Bryan Baugh; NV Bar No. 16193
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
baugh@morrissullivanlaw.com

*Local Counsel for Plaintiffs*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice* forthcoming)
Isabella De Lisi (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick Rodriguez (*pro hac vice* forthcoming)
230 Park Ave., 17th Floor
New York, NY 11069
Tel: (212) 223-6444
prodriguez@scott-scott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL, LLP, and that I caused a true and correct copy of the foregoing MOTION TO WITHDRAW APPEARANCE OF ZACHARY KRANC to be served via Electronic Service to all parties and counsel identified on the CM/ECF System via electronic notification on this 30th day of January 2024.

/s/Dominique Rocha
**An Employee of Morris, Sullivan & Lemkul**

**IT IS ORDERED** that:

1. Attorney Zachary Kranc's motion to withdraw (ECF No. 22) is GRANTED.
2. The Clerk of Court is directed to remove him from the CM/ECF service list.

Dated this 23rd day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

3