| | |
|---|---|
| Christopher A. Turtzo; NV Bar No. 10253<br>**MORRIS, SULLIVAN & LEMKUL, LLP**<br>3960 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>Tel: (702) 405-8100<br>Fax: (702) 405-8101<br>turtzo@morrissullivanlaw.com | Patrick Coughlin (*pro hac vice*)<br>Carmen Medici (*pro hac vice*)<br>Fatima Brizuela (*pro hac vice*)<br>Daniel J. Brockwell (*pro hac vice*)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 233-4565<br>Fax: (619) 233-0508<br>pcoughlin@scott-scott.com<br>cmedici@scott-scott.com |

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROSENBAUM, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>        Defendants. | CASE NO. 2:24-cv-00103-GMN-MDC<br><br>**DECLARATION OF PATRICK J. COUGHLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR RECUSAL OF THE HONORABLE JUDGE GLORIA M. NAVARRO** |
| ANDREW CAPLEN INSTALLATIONS, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>        Defendants. | CASE NO. 2:24-cv-00150-GMN-MDC |
| THESE PAWS WERE MADE FOR WALKIN' LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*, | CASE NO. 2:24-cv-00164-GMN-MDC |

|  |  |
|---|---|
| Defendants. | |
| JOHN MELLOR, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERMIAN RESOURCES CORP., *et al.*, <br><br> Defendants. | CASE NO. 2:24-CV-00253-GMN-MDC |
| BRIAN COURTMANCHE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> PERMIAN RESOURCES CORP., *et al.*, <br><br> Defendants. | CASE NO. 2:24-cv-00198-GMN-MDC |
| LAURIE OLSEN SANTILLO, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERMIAN RESOURCES CORP., *et al.*, <br><br> Defendants. | CASE NO. 2:24-cv-00279-GMN-MDC |
| RICHARD BEAUMONT, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERMIAN RESOURCES CORP., *et al.*, <br><br> Defendants. | CASE NO. 2:24-cv-00298-GMN-MDC |

| | |
|---|---|
| BARBARA AND PHILLIP MACDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00325-GMN-MDC |
| WESTERN CAB COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00401-GMN-MDC |

I, Patrick J. Coughlin, hereby declare as follows:

1. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP, counsel for Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron in the above-referenced action. I submit this affidavit in support of Plaintiffs' Plaintiffs' Motion for Recusal of the Honorable Judge Gloria M. Navarro. I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

2. To the best of my knowledge and belief, attached hereto is a true and correct copy of each of the following documents:

3. **Exhibit 1** is the "AGREEMENT AND PLAN OF MERGER dated as of October 10, 2023 by and among PIONEER NATURAL RESOURCES COMPANY, EXXON MOBIL CORPORATION, and SPQR, LLC" filed with the U.S. Securities and Exchange Commission as Exhibit 2.1 of Exxon Mobil Corporation's 2023 Form 10-K for the fiscal year ended December 31, 2023, Commission File Number 1-2256, filed February 28, 2024.

4. **Exhibit 2** is a March 6, 2024 article entitled "Exxon reiterates it sees Q2 close for Pioneer Natural Resources deal," published on the Seeking Alpha webpage by Joshua Fineman at the following URL: https://seekingalpha.com/news/4076720-exxon-reiterates-it-sees-q2-close-for-pioneer-natural-resources-deal (PDF version created March 18, 2024).

5. **Exhibit 3** is a February 7, 2024 press release entitled "Pioneer Natural Resources Announces Results of Special Meeting," published on the Pioneer Natural Resources webpage at the following URL: https://investors.pxd.com/investors/news-releases/news-details/2024/Pioneer-Natural-Resources-Announces-Results-of-Special-Meeting/default.aspx (PDF version created March 18, 2024).

6. **Exhibit 4** is an October 11, 2023 press release entitled "ExxonMobil announces merger with Pioneer Natural Resources in an all-stock transaction," published on the ExxonMobil webpage at the following URL: https://corporate.exxonmobil.com/news/news-releases/2023/1011_exxonmobil-announces-merger-with-pioneer-natural-resources-in-an-all-stock-transaction (PDF version created March 18, 2024).

1

7.   **Exhibit 5** is excerpted pages 1-3, 66, and 119 from Exxon Mobil Corporation's 2023 Form 10-K for the fiscal year ended December 31, 2023, Commission File Number 1-2256, filed with the Securities and Exchange Commission on February 28, 2024.

8.   **Exhibit 6** is a January 16, 2024 article entitled "Drivers sue US shale oil producers over alleged price-fixing scheme," published on the Reuters webpage by Mike Scarcella at the following URL:   https://www.reuters.com/legal/litigation/drivers-sue-us-shale-oil-producers-over-alleged-price-fixing-scheme-2024-01-16/ (PDF version created on March 18, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

DATE: March 19, 2024              */s/Patrick J. Coughlin*
                                  Patrick J. Coughlin