# EXHIBIT 2

Energy   M&A

# Exxon reiterates it sees Q2 close for Pioneer Natural Resources deal

Mar. 06, 2024 12:44 PM ET | **Pioneer Natural Resources Company (PXD) Stock**, **XOM Stock** | By: Joshua Fineman, SA News Editor | 3 Comments



Dean Mouhtaropoulos/Getty Images News

Exxon Mobil (NYSE:XOM) reiterated its guidance that its planned $59.5 billion purchase of Pioneer Natural Resouces (NYSE:PXD) can close in Q2.

Exxon (XOM) senior vice president Neil Chapman made the comments on Wednesday at a conference hosted by Morgan Stanley. Chapman said the oil behemoth is still responding to the Federal Trade Commission's second request about the Pioneer (PXD) deal with millions of pages of information that has to be sorted.

"We still think second quarter is a good estimate for when we can close the transaction," Chapman said.

Chapman's comments come after Dealreporter on Friday said that Exxon (XOM) is likely to certify with the FTC's second request for its planned purchase by the middle of March.

Exxon Mobil (XOM) in October agreed to acquire Pioneer Natural (NYSE:PXD) in an all-stock transaction valued at $59.5 billion or $253/share. Exxon CEO Darren Woods said at the time that he doesn't expect to see regulatory hurdles to the deal.

Pioneer Natural (PXD) rose 1.4% on Wednesday, while Exxon gained 1.3%.

## More on Pioneer Natural Resources, Exxon Mobil, etc.

Exxon Mobil: Brace For Oil Supply-Demand Stability (Downgrade)

Pioneer Natural Resources: Digging Into Expectations As Merger Looks Set To Proceed

Exxon Mobil: Raising Price Target On Strong 2023 And Pioneer Deal

Exxon Mobil wants to maintain status quo in Guyana - report

Vitol nears deal for Exxon, Qatar stakes in Italy's biggest LNG terminal - Reuters

### Comments (3)                Sort by  Newest ▼



**buckiowa**                                                07 Mar. 2024, 1:00 PM

Investing Group    Comments (5.99K)   |   + Follow

Good deal !

⤺ Reply          👍 Like

3/18/24, 12:22 AM
Exxon reiterates it sees Q2 close for Pioneer Natural Resources deal | NYSE:... | Seeking Alpha
Case 2:24-cv-00103-GMN-MDC Document 156-3 Filed 03/19/24 Page 4 of 6



**64transformation**

06 Mar. 2024, 3:24 PM

Comments (1.99K)   |   + Follow

Get on with it. XTO was and continues to be an abysmal disaster. This deal needs to garner FCF and get that dividend on par with CVX

Reply      Like (1)

J

**Jlexus1953**

06 Mar. 2024, 1:35 PM

Premium   Comments (2.39K)   |   + Follow

This will a major addition to the Exxon Mobil portfolio.

Reply      Like (2)

Power to Investors

    

| | | | | |
|---|---|---|---|---|
| Subscription Support: 1-347-509-6837 | RSS Feed | Sitemap | Group Subscriptions | Affiliate Program | About Us | Careers |

Contact Us

| ACCOUNT | STOCK ANALYSIS | ANALYSIS BY SECTOR | MARKET OUTLOOK | MARKET NEWS |
|---|---|---|---|---|
| Account Settings | Stock Ideas | Energy | Today's Market | Top News |
| Create Portfolio | Long Ideas | Communication Services | Economy | Trending News |
| Manage My Portfolio | Stock Upgrades & Downgrades | Real Estate | Gold & Precious Metals | On the Move |
| Privacy | | | | Market Pulse |
| Alert Preferences | Editors' Picks | Consumer Staples | Commodities | Global Markets |
| | Quick Picks & Lists | Tech | Forex | Notable Calls |
| SUBSCRIPTIONS | Emerging Markets | Basic Materials | Editors' Picks | Buybacks |
| Premium & Pro | | Healthcare | Cryptocurrency | Commodities |
| Group Subscriptions | STOCK SCREENER | Consumer | | Cryptocurrency |
| | Stocks by Quant | Utilities | MARKET DATA | |

| | | | | |
|---|---|---|---|---|
| Alpha Picks | Top Stocks | Financials | Bond ETFs | Debt/Share Issuance |
| INVESTING GROUPS | Top Quant Dividend Stocks | Industrials | Commodity ETFs | Dividends - Stocks |
| Most Popular | High Dividend Yield Stocks | STOCK COMPARISON TOOLS | Country ETFs | Dividends - Funds |
| Free Trials | Top Dividend Stocks | FAANG Stocks | Currency ETFs | Guidance |
| Top Rated | ETFS & FUNDS | Gold ETFs | Dividend ETFs | IPOs |
| Dividend Investing | ETF Screener | Cash Equivalents | Emerging Market ETFs | SPACs |
| Value Investing | ETF Analysis | Big Bank Stocks | Global and Regional ETFs | Politics |
| Options Trading | ETF Guide | Big Pharma Stocks | Growth vs. Value ETFs | M&A |
| Growth Stocks | Mutual Funds | Retail Stocks | Market Cap ETFs | US Economy |
| Biotech Investing | Closed End Funds | TOP INDEXES | Real Estate ETFs | Wall Street Breakfast |
| Tech Stocks | Editors' Picks | Dow Jones | Sector ETFs | NEWS BY SECTOR |
| Quantitative Investing | DIVIDENDS | S&P 500 | ETF Strategies | Consumer |
| LEARN | Dividend Stock News | Nasdaq | Smart Beta | Energy |
| Investing Education | REITs | Gold | Themes & Subsectors ETFs | Financials |
| Investing Strategies | Dividend Ideas | Bitcoin | Cryptocurrency | Healthcare |
| Retirement Investing | Dividend Strategy | | | Tech |
| Stock Market Sectors | Dividend Quick Picks | | | EARNINGS |
| Stock Market Holidays & Hours | Editors' Picks | | | Earnings Calendar |
| After Hours Trading | | | | Earnings News |
| Portfolio Management | | | | Earnings Analysis |
| Cryptocurrency | | | | Earnings Calls Transcripts |
| Dividend Investing | | | | |
| Portfolio Strategy | | | | |
| Fixed Income | | | | |
| Retirement | | | | |
| IPO's | | | | |
| Podcasts | | | | |
| Editors' Picks | | | | |

Terms Of Use    Privacy    Do Not Sell My Personal Information    Market Data Sources    © 2024 Seeking Alpha