# EXHIBIT 3



# Pioneer Natural Resources Announces Results of Special Meeting

2/7/2024

DALLAS--(BUSINESS WIRE)-- **Pioneer Natural Resources Company** ("Pioneer" or "the Company") **(NYSE:PXD)** today announced that the Company received shareholder approval for the pending merger with Exxon Mobil Corporation ("ExxonMobil") (NYSE:XOM).

Pioneer will file the vote results of the special shareholder meeting on a Form 8-K with the U.S. Securities and Exchange Commission.

Pioneer and ExxonMobil continue to work constructively with the Federal Trade Commission in its review of the merger. Pioneer expects that the merger will be completed in the second quarter of 2024.

**About Pioneer**

Pioneer is a large independent oil and gas exploration and production company, headquartered in Dallas, Texas, with operations in the United States. For more information, visit Pioneer's website at **www.pxd.com**.

**Pioneer Natural Resources**
**Investors**
Chris Leypoldt (972) 969-5834
Trevor Long (972) 598-8579

**Media and Public Affairs**
media@pxd.com

Source: Pioneer Natural Resources Company