# EXHIBIT 6

Learn more about **LSEG**

Litigation | Energy | Litigation | Regulatory Oversight | Exploration & Production

# Drivers sue US shale oil producers over alleged price-fixing scheme

By **Mike Scarcella**

January 16, 2024 9:03 AM PST · Updated 2 months ago

REUTERS



My View | Following | Saved

Pump jacks operate at sunset in Midland, Texas, U.S. February 11, 2019. REUTERS/Nick Oxford *Purchase Licensing Rights*

## Companies

**Chesapeake Energy Corp**

Follow

**Diamondback Energy Inc**

Follow

**EOG Resources Inc**

Follow

Show more companies

Jan 16 (Reuters) - Hess (HES.N), Pioneer Natural Resources (PXD.N) and other oil and gas producers have been hit with a class action in U.S. court accusing them of conspiring to curb output of shale oil, raising consumer fuel prices.

Three residents of Nevada, Hawaii and Maine sued Hess and seven other companies on Friday in federal court in Las Vegas, alleging they have constrained the production of shale oil, which is sold to refineries and can be made into gasoline, diesel and other commercial products.

The lawsuit said Hess, Occidental Petroleum (OXY.N), Pioneer Natural Resources and other oil and gas producers for several years "have collectively coordinated their production decisions, leading to production growth rates lower than would be seen in a competitive market."

The other defendants are Permian Resources (PR.N), Chesapeake Energy (CHK.O), Continental Resources, Diamondback Energy (FANG.O) and EOG Resources (EOG.N).

Advertisement · Scroll to continue

Representatives from the defendants on Tuesday did not immediately respond to requests for comment.

Plaintiffs' attorney Patrick Coughlin, representing the drivers who filed the lawsuit, in a statement on Tuesday said the shale oil defendants in the face of record oil prices over the last three years "all exercised production 'discipline,' ensuring Americans paid more for gas at the pump."

Hydraulic fracturing, widely known as fracking, is used to produce domestic shale oil from some rock formations in the United States. The defendants are "independent" shale producers that are distinct from energy companies such as Chevron and Exxon, the lawsuit said.

Advertisement · Scroll to continue

Formations in Texas, North Dakota and New Mexico include the three top geographic areas for shale oil extraction in the United States, the lawsuit said.

The lawsuit seeks nationwide class-action status and a court order against alleged anti-competitive business practices on behalf of all purchasers of retail gasoline from stations in the United States since January 2021.

The complaint separately seeks unspecified triple monetary damages for a class of gas purchasers in more than two dozen states, including California, Colorado, Michigan and New York. The plaintiffs' lawyers estimated "at least millions of members of both Classes in the United States."

Advertisement · Scroll to continue

"Defendants' production restraint agreement worked," the lawsuit said. "Defendants are reaping the rewards in the form of massive revenue increases, while not reinvesting that additional revenue into new production."

The case is Daniel Rosenbaum et al v. Permian Resources Corp et al, U.S. District Court, District of Nevada, No. 2:24-cv-00103.

For plaintiffs: Patrick Coughlin and Carmen Medici of Scott + Scott Attorneys at Law; Christopher Turtzo of Morris, Sullivan & Lemkul

Advertisement · Scroll to continue

For defendants: No appearances yet

Get the latest legal news of the day delivered straight to your inbox with The Afternoon Docket .

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Reporting by Mike Scarcella

Our Standards: **The Thomson Reuters Trust Principles.**

Purchase Licensing Rights

# Read Next / Editor's Picks

World at Work
**Uber, Lyft to stop operations in Minneapolis over minimum wage law**
March 16, 2024

World

**Citing alleged abuses on OnlyFans, lawmakers call for stronger safeguards**

March 16, 2024

Sustainability

**Starbucks re-elects all 11 directors to board, rejects proposal to disclose human rights policies**

March 16, 2024

World at Work

**Goldman bumps up 2023 pay for top three executives**

March 16, 2024



Sponsored Content

Dianomi

3/18/24, 12:52 AM
Case 2:24-cv-00103-GMN-MDC Document 156-7 Filed 03/19/24 Page 6 of 11
Drivers sue US shale oil producers over alleged price-fixing scheme | Reuters

Industry Insight >

Legal

**Harvard hires law firm King & Spalding amid US House probe**

Mike Scarcella, David Thomas

January 24, 2024

Legal

**Attorneys with disabilities are rare at law firms. It doesn't have to be that way, group says.**

Karen Sloan

December 5, 2023

Industry Insight

**Companies need to integrate climate reporting across functions to comply with California's new law**

Henry Engler

October 20, 2023

Legal

**Cellino, Barnes firms battle former colleagues over fees, years after split**

Diana Novak Jones

September 27, 2023

| Latest | Browse |
|---|---|
| Home | World |
| Authors | Business |
| Topic sitemap | Markets |
|  | Sustainability |
| Media | Legal |
| Videos ↗ | Breakingviews |
| Pictures | Technology |
| Graphics ↗ | Investigations ↗ |
|  | Sports |
|  | Science |
|  | Lifestyle |

About Reuters

About Reuters ↗
Careers ↗
Reuters News Agency ↗
Brand Attribution Guidelines ↗
Reuters Leadership ↗

Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App (iOS)
Download the App (Android)
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Coupons    Purchase Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback
Do Not Sell or Share My Personal Information and Limit the Use of My Sensitive Personal Information

© 2024 Reuters. All rights reserved

3/18/24, 12:52 AM
Case 2:24-cv-00103-GMN-MDC   Document 156-7   Filed 03/19/24   Page 9 of 11
Drivers sue US shale oil producers over alleged price-fixing scheme | Reuters

3/18/24, 12:52 AM
Drivers sue US shale oil producers over alleged price-fixing scheme | Reuters
Case 2:24-cv-00103-GMN-MDC    Document 156-7    Filed 03/19/24    Page 1 of 11