E. Leif Reid (NV Bar No. 5750)
Kristen L. Martini (NV Bar No. 11272)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: (775) 823-2900
Fax: (775) 823-2929
Email: lreid@lewisroca.com
       kmartini@lewisroca.com

Jeffrey L. Kessler (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Email: jkessler@winston.com
       jamato@winston.com

Thomas M. Melsheimer (*pro hac vice*)
Thomas B. Walsh, IV (*pro hac vice*)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (212) 294-6700
Email: tmelsheimer@winston.com
       twalsh@winston.com

*Attorneys for Defendant Diamondback Energy, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ROSENBAUM, *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>PERMIAN RESOURCES CORP, *et al.*,<br><br>                Defendants. | Case No.: 2:24-cv-00103-GMN-MDC<br><br>Consolidated Cases:<br>Case No.: 2:24-cv-00150-GMN-MDC<br>Case No.: 2:24-cv-00164-GMN-MDC<br><br>**DEFENDANT DIAMONDBACK ENERGY, INC.'S AMENDED CERTIFICATE OF INTERESTED PARTIES** |
| JOHN MELLOR, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-00253-GMN-MDC |

123753030.1

| | | |
|---|---|---|
| 1 | DANIEL COURTMANCHE, *et al.*, | Case No.: 2:24-cv-00198-GMN-MDC |
| 2 | Plaintiffs, | Consolidated Cases: |
| 3 | v. | Case No.: 2:24-cv-00279-GMN-MDC<br>Case No.: 2:24-cv-00298-GMN-MDC<br>Case No.: 2:24-cv-00325-GMN-MDC |
| 4 | PERMIAN RESOURCES CORP., *et al.*, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | WESTERN CAB COMPANY, individually and on behalf of all others similarly situated, | Case No.: 2:24-cv-00401-GMN-MDC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | PERMIAN RESOURCES CORP., *et al.*, | |
| 12 | Defendants. | |

123753030.1

- 2 -

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant

2   Diamondback Energy, Inc. ("Diamondback") declares that it has no parent corporation. As

3   of the date of this filing, The Vanguard Group, Inc. is the only holder of 10% or more of

4   the stock of Diamondback Energy, Inc. No other publicly traded company owns more than

5   10% of the common stock of Diamondback.[1]

6    These representations are made to enable judges of the Court to evaluate possible

7   disqualification or recusal.

8    Dated this 27th day of March, 2024.

9                                 LEWIS ROCA ROTHGERBER CHRISTIE

10                                LLP

11                                By: /s/  E. Leif Reid

12                                    E. Leif Reid, NV Bar No. 5750
                                      Kristen L. Martini, NV Bar No. 11272
13                                    3993 Howard Hughes Parkway, Suite 600
                                      Las Vegas, Nevada 89169
14                                    One East Liberty Street, Suite 300
                                      Reno, Nevada 89501

15                                    Thomas M. Melsheimer (*pro hac vice*)
16                                    Thomas B. Walsh, IV (*pro hac vice*)
                                      WINSTON & STRAWN LLP
17                                    2121 N. Pearl Street, Suite 900
                                      Dallas, TX 75201

18                                    Jeffrey L. Kessler (*pro hac vice*)
19                                    Jeffrey J. Amato (*pro hac vice*)
                                      WINSTON & STRAWN LLP
20                                    200 Park Avenue, New York, NY 10166

21                                    *Attorneys for Defendant Diamondback
                                      Energy, Inc.*
22

23

24

25   [1] In light of the Court's comments during the March 4, 2024 status conference regarding
     Defendants' certification of interested parties, Diamondback notes that it has entered into a
26   merger agreement with Midland-based oil and gas producer, Endeavor Energy Resources,
     LP ("Endeavor"), for cash and stock. The deal is subject to regulatory approvals, and even
27   if it closes, Endeavor would not have "a direct, pecuniary interest in the outcome of the
     case." Local Rule 7.1-1.
28

- 1 -

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 27th day of March, 2024, I caused the foregoing **DEFENDANT DIAMONDBACK ENERGY, INC.'S AMENDED CERTIFICATE OF INTERESTED PARTIES** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to:

Christopher A. Turtzo
Bryan Baugh
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
turtzo@morrissullivanlaw.com
bbaugh@morrissullivanlaw.com

Patrick J. Coughlin
Carmen Medici
Fatima Brizuela
Daniel J. Brockwell
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, California 92101
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

Patrick McGahan
Michael Srodoski
Isabella De Lisi
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S Main Street
P.O. Box 192
Colchester, Connecticut 06415
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com

Patrick Rodriguez

Kristen T. Gallagher
MCDONALD CARANO LLP
2300 West Sahara Ave., Suite 1200
Las Vegas, NV 89102
kgallagher@mcdonaldcarano.com

Michael W. Scarborough
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
Adam L. Hudes
Stephen M. Medlock
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
cseebald@velaw.com
ahudes@velaw.com
smedlock@velaw.com

*Attorneys for Defendant Permian Resources Corp. f/k/a Centennial Resource Development, Inc.*

J. Colby Williams
Philip R. Erwin
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A

123753030.1

- 2 -

| | | |
|---|---|---|
| 1 | SCOTT+SCOTT ATTORNEYS AT LAW LLP | Las Vegas, Nevada 89101 jcw@cwlawlv.com |
| 2 | 230 Park Ave., 17th Floor | pre@cwlawlv.com |
| 3 | New York, New York 11069 prodriguez@scott-scott.com | Marguerite M. Sullivan |
| 4 | | Jason D. Cruise LATHAM & WATKINS LLP |
| 5 | *Attorneys for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron* | 555 Eleventh Street, N.W., Suite 1000 Washington, D.C. 20004 |
| 6 | | Marguerite.Sullivan@lw.com |
| 7 | Robert T. Eglet Artemus W. Ham, IV | Jason.Cruise@lw.com |
| 8 | Erica D. Entsminger EGLET ADAMS EGLET | Lawrence E. Buterman LATHAM & WATKINS LLP |
| 9 | HAM & HENRIOD 400 South Street, Suite 400 | 1271 Avenue of the Americas New York, New York 10020 |
| 10 | Las Vegas, Nevada 89101 eservice@egletlaw.com | Lawrence.Buterman@lw.com |
| 11 | | *Attorneys for Defendant Chesapeake Energy Corporation* |
| 12 | *Proposed Counsel for Plaintiffs Andrew Caplen Installations LLC and Edward Allegretti, d/b/a Alfred Auto Center and the Proposed Class* | |
| 13 | | Christopher E. Ondeck |
| 14 | | Stephen R. Chuk PROSKAUER ROSE LLP |
| 15 | Brent W. Johnson Benjamin Brown | 1001 Pennsylvania Avenue NW Washington, DC 20004 |
| 16 | Robert W. Cobbs Nina Jaffe-Geffner | condeck@proskauer.com schuk@proskauer.com |
| 17 | COHEN MILSTEIN SELLERS & TOLL PLLC | Kyle A. Casazza |
| 18 | 1100 New York Avenue NW, 5th Floor Washington, DC 20005 | PROSKAUER ROSE LLP |
| 19 | bjohnson@cohenmilstein.com | 2029 Century Park East, Suite 2400 Los Angeles, California 90067 |
| 20 | bbrown@cohenmilstein.com rcobbs@cohenmilstein.com | kcasazza@proskauer.com |
| 21 | njaffegeffner@cohenmilstein.com | Michael Burrage |
| 22 | Michael Eisenkraft | WHITTEN BURRAGE 512 North Broadway Avenue, Ste 300 |
| 23 | Christopher Bateman Aaron Marks | Oklahoma City, Oklahoma 73102 mburrage@whittenburragelaw.com |
| 24 | COHEN MILSTEIN SELLERS & TOLL PLLC | *Attorneys for Defendant Continental Resources, Inc* |
| 25 | 88 Pine Street, 14th Floor New York, New York 10005 | |
| 26 | meisenkraft@cohenmilstein.com cbateman@cohenmilstein.com | James J. Pisanelli |
| 27 | amarks@cohenmilstein.com | Debra L. Spinelli PISANELLI BICE PLLC |
| 28 | | 400 South 7th Street, Suite 300 |

123753030.1

| | | |
|---|---|---|
| 1 | *Proposed Interim Counsel for Plaintiffs Andrew Caplen Installations LLC and Edward Allegretti, d/b/a Alfred Auto Center and the Proposed Class* | Las Vegas, Nevada 89101<br>jjp@pisanellibice.com<br>dls@pisanellibice.com |

Martin A. Muckleroy
MUCKLEROY LUNT, LLC
6077 S. Fort Apache Rd., Ste 140
Las Vegas, Nevada 89148
martin@muckleroylunt.com

Brian D. Clark
Rebecca A. Peterson
Stephen J. Teti
Arielle S. Wagner
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, Minnesota 55401
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

*Attorneys for Plaintiff These Paws Were Made for Walkin' LLC*

W. West Allen
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
wwa@h2law.com

Samuel G. Liversidge
Jay P. Srinivasan
S. Christopher Whittaker
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Boris Bershteyn
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West

John M. Taladay
Christopher Wilson
Kelsey Paine
Megan Tankel
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com

*Attorneys for Defendant EOG Resources, Inc.*

Nicholas J. Santoro
F. Thomas Edwards
HOLLEY DRIGGS LTD
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
nsantoro@nevadafirm.com
tedwards@nevadafirm.com

Kevin S. Schwartz
David A. Papirnik
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
ksschwartz@wlrk.com
dapapirnik@wlrk.com

*Attorneys for Defendant Hess Corporation*

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
devora.allon@kirkland.com

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
jzeiger@kirkland.com

123753030.1

| | | |
|---|---|---|
| 1 | New York, New York 10001 | Akhil K. Gola |
| 2 | boris.bershteyn@skadden.com<br>karen.lent@skadden.com | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W. |
| 3 | | Washington, D.C. 20004 |
| 4 | *Attorneys for Defendant Pioneer Natural Resources Company* | akhil.gola@kirkland.com |

*Attorneys for Defendant Occidental Petroleum Corporation*

/s/ Jessie M. Helm
Employee of Lewis Roca Rothgerber Christie LLP

123753030.1

- 5 -