GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (*pro hac vice*)
JAY P. SRINIVASAN (*pro hac vice*)
S. CHRISTOPHER WHITTAKER (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
BORIS BERSHTEYN (*pro hac vice*)
KAREN HOFFMAN LENT (*pro hac vice
  forthcoming*)
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:  917.777.2000

HOWARD & HOWARD ATTORNEYS
  PLLC
W. WEST ALLEN (NV Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:   702.567.1568
wwa@h2law.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

[*Additional Attorneys Listed In Signature Block*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN CAB COMPANY, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>                              Defendants. | CASE NO. 2:24-cv-00401-GMN-MDC<br><br>**STIPULATION AND ORDER TO CONSOLIDATE CASE** |

1

Pursuant to Local Rule 7-1, Plaintiff Western Cab Company ("Western Cab"), and all Defendants in this action, Permian Resources Corporation, Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, and Pioneer Natural Resources Company (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, hereby stipulate as follows:

WHEREAS, Western Cab filed its Complaint against Defendants on February 28, 2024 (ECF No. 1);

WHEREAS, on March 6, 2024, a notice of related cases was filed in this case identifying eight other actions[2] (the "Related Cases") filed in this District that "involve the same claims based on the same underlying conduct and were brought against the same defendants on behalf of related putative classes" (ECF No. 8);

WHEREAS, the instant action was reassigned to this Court on March 7, 2024, on the basis that it "asserts substantially overlapping claims, names similar defendants, involves similar questions of fact, and shares a common question of law" as the Related Cases, and accordingly is "related to the others filed in this district within the meaning of Local Rule 42-1" (ECF No. 9 at 1);

WHEREAS, on January 29, 2024, this Court consolidated the following actions because they "involve several shared questions of law and fact" and consolidation "will conserve judicial and litigation resources": *Rosenbaum et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00103-

---

[1] By entering into this stipulation, none of the Defendants are waiving any of their potential defenses or arguments to this action, including but not limited to those related to personal jurisdiction and venue.

[2] The eight other related cases assigned to this Court are: *Rosenbaum et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00103-GMN-MDC; *Andrew Caplen Installations LLC et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00150-GMN-MDC; *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164-GMN-MDC; *Courtmanche et al. v Permian Resources Corp. et al.*, No. 2:24-cv-00198-GMN-MDC; *Mellor et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00253-GMN-MDC; *Santillo et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00279-GMN-MDC; *Beaumont et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00298-GMN-MDC; and *MacDowell et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00325-GMN-MDC.

GMN-MDC; *Andrew Caplen Installations LLC et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00150-GMN-MDC; *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164-GMN-MDC (No. 2:24-cv-00103, ECF No. 31 at 2);

WHEREAS, on March 22, 2024, this Court issued a minute order stating that the Court "finds that this case involves similar questions of law and fact with Case No. 2:24-cv-00103-GMN-MDC *Rosenbaum et. al. v. Permian Resources et. al.* because all Plaintiffs allege harm in the form of increased gasoline and diesel prices due to Defendants' conduct." ECF No. 35. The Court ordered the parties "to show cause as to why this case should not be consolidated with 2:24-cv-00103" and to either "file a brief, not to exceed ten pages, if they wish to object to this proposed consolidation" or "file a stipulation to consolidate" by March 29, 2024. *Id.*

NOW, THEREFORE, the parties have agreed, and respectfully submit for approval by the Court the following:

1. This case is consolidated for all purposes under Case No. 2:24-cv-00103-GMN-MDC, before District Judge Gloria Navarro and Magistrate Judge Maximiliano Couvillier.

**IT IS SO STIPULATED.**

Dated:  March 29, 2024

By:  /s/ Samuel G. Liversidge
Samuel G. Liversidge (*pro hac vice*)
Jay P. Srinivasan (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

Boris Bershteyn (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:   917.777.2000

W. West Allen (NV Bar No. 5566)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:   702.567.1568
wwa@h2law.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*


By:  /s/E. Leif Reid
E. Leif Reid (NV Bar No. 5750)
Kristen L. Martini (NV Bar No. 11272)
LEWIS ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas , NV  89169
Tel: (775) 321-3415
lreid@lewisroca.com

Jeffrey L. Kessler (*pro hac vice forthcoming*)
Jeffrey J. Amato (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166

Dated:  March 29, 2024

By:  /s/ Michael Eisenkraft
Michael Eisenkraft (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 883-7797
meisenkraft@cohenmilstein.com

Brent W. Johnson (pro hac vice pending)
Robert W. Cobbs (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

Robert T. Eglet (NV Bar No. 3402)
Artemus W. Ham, IV; NV Bar No. 7001
Erica D. Entsminger; NV Bar No. 7432
EGLET ADAMS EGLET HAM & HENRIOD
400 South Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702): 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

*Counsel for Plaintiff*

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | Tel: (212) 294-6700 |
| 2 | jkessler@winston.com |
| | jamato@winston.com |
| 3 | |
| 4 | Thomas M. Melsheimer (*pro hac vice forthcoming*) |
| 5 | Thomas B. Walsh, IV (*pro hac vice forthcoming*) |
| | WINSTON & STRAWN LLP |
| 6 | 2121 N. Pearl Street, Suite 900 |
| | Dallas, TX 75201 |
| 7 | Tel: (212) 294-6700 |
| | tmelsheimer@winston.com |
| 8 | twalsh@winston.com |
| 9 | *Attorneys for Defendant* |
| 10 | DIAMONDBACK ENERGY, INC. |
| 11 | |
| 12 | By: /s/ J. Colby Williams, Esq. |
| | J. Colby Williams, Esq. (5549) |
| 13 | Phillip R. Erwin, Esq. (11563) |
| | CAMPBELL & WILLIAMS |
| 14 | 710 South Seventh Street, Suite A |
| 15 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 382-5222 |
| 16 | jcw@cwlawlv.com |
| | pre@cwlawlv.com |
| 17 | |
| 18 | Marguerite M. Sullivan (*pro hac vice forthcoming*) |
| 19 | Jason D. Cruise (*pro hac vice forthcoming*) |
| | LATHAM & WATKINS LLP |
| 20 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004 |
| 21 | Telephone: (202) 637-2200 |
| 22 | Marguerite.Sullivan@lw.com |
| | Jason.Cruise@lw.com |
| 23 | |
| 24 | Lawrence E. Buterman (*pro hac vice forthcoming*) |
| | LATHAM & WATKINS LLP |
| 25 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 26 | Telephone: (212) 906-1200 |
| 27 | Lawrence.Buterman@lw.com |
| 28 | |

Gibson, Dunn & Crutcher LLP

*Attorneys for Defendant*
CHESAPEAKE ENERGY CORPORATION


By: /s/ Nicholas J Santoro
Nicholas J Santoro (NV Bar No. 532)
F. Thomas Edwards (NV Bar No. 9549)HOLLEY DRIGGS LTD
300 South 4th Street, Ste 1600
Las Vegas, NV 89101
Telephone : 702-791-0308
Fax: 702-791-1912
nsantoro@nevadafirm.com

Kevin S. Schwartz (*pro hac vice forthcoming*)
David A. Papirnik (*pro hac vice forthcoming*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212-403-1062
kschwartz@wlrk.com

*Attorneys for Defendant*
HESS CORPORATION


By: /s/ Patrick G. Byrne
Patrick G. Byrne (NV Bar No. 7636)
Bradley T. Austin (NV Bar No. 13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
Facsimile: (702) 784-5252
pbyrne@swlaw.com
baustin@swlaw.com

Devora W. Allon (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
devora.allon@kirkland.com
Telephone: 212-446-5967
Facsimile: 212-446-4900

Jeffrey J. Zeiger (*pro hac vice forthcoming*)

6

| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 2 | 300 North LaSalle |
|   | Chicago, IL 60654 |
| 3 | jzeiger@kirkland.com |
| 4 | Telephone: 312-862-3237 |
|   | Facsimile: 312-862-2200 |
| 5 | |
|   | Akhil K. Gola (*pro hac vice forthcoming*) |
| 6 | KIRKLAND & ELLIS LLP |
|   | 1301 Pennsylvania Avenue, N.W. |
| 7 | Washington, D.C. 20004 |
| 8 | akhil.gola@kirkland.com |
|   | Telephone: 202-389-3256 |
| 9 | Facsimile: 202-389-5200 |
| 10 | |
|    | *Attorneys for Defendant* |
| 11 | *OCCIDENTAL PETROLEUM CORPORATION* |
| 12 | |
| 13 | By:  */s/ Christopher E. Ondeck* |
|    | Christopher E. Ondeck (*pro hac vice* |
| 14 | *forthcoming*) |
|    | Stephen R. Chuk (*pro hac vice forthcoming*) |
| 15 | PROSKAUER ROSE LLP |
| 16 | 1001 Pennsylvania Avenue NW |
|    | Washington, DC 20004 |
| 17 | Telephone: (202) 416-6800 |
|    | condeck@proskauer.com |
| 18 | schuk@proskauer.com |
| 19 | |
|    | Kyle A. Casazza (*pro hac vice forthcoming*) |
| 20 | PROSKAUER ROSE LLP |
|    | 2029 Century Park East, Suite 2400 |
| 21 | Los Angeles, CA 90067-3010 |
|    | Telephone: (310) 284-5677 |
| 22 | kcasazza@proskauer.com |
| 23 | |
|    | Michael Burrage (*pro hac vice forthcoming*) |
| 24 | WHITTEN BURRAGE |
|    | 512 North Broadway Avenue, Ste 300 |
| 25 | Oklahoma City, OK 73102 |
|    | Telephone: (888) 783-0351 |
| 26 | mburrage@whittenburragelaw.com |
| 27 | |
|    | *Attorneys for Defendant* |
| 28 | *CONTINENTAL RESOURCES, INC.* |

1

2   By: /s/ Kristen T. Gallagher
    Kristen T. Gallagher
3   McDONALD CARANO LLP
    2300 West Sahara Ave., Suite 1200
4   Las Vegas, NV 89102
5   kgallagher@mcdonaldcarano.com

6   Michael W. Scarborough (*pro hac vice forthcoming*)
7   Dylan I. Ballard (*pro hac vice forthcoming*)
8   VINSON & ELKINS LLP
    555 Mission Street, Suite 2000
9   San Francisco, CA 94105
    Telephone: (415) 979–6900
10  Facsimile: (415) 651-8786
    mscarborough@velaw.com
11  dballard@velaw.com

12
    Craig P. Seebald (*pro hac vice forthcoming*)
13  Adam L. Hudes (*pro hac vice forthcoming*)
    Stephen M. Medlock (*pro hac vice forthcoming*)
14  VINSON & ELKINS LLP
    2200 Pennsylvania Avenue NW
15  Suite 500 West
16  Washington, DC 20037
    Telephone: (202) 639-6500
17  Facsimile: (202) 639-6604
    cseebald@velaw.com
18  ahudes@velaw.com
    smedlock@velaw.com
19

20  *Attorneys for Defendant*
    *PERMIAN RESOURCES CORPORATION*
21

22
    By: /s/ James J. Pisanelli
23  James J. Pisanelli, Esq., #4027
    Debra L. Spinelli, Esq., #9695
24  PISANELLI BICE PLLC
25  400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
26
    John M. Taladay (*pro hac vice forthcoming*)
27  Christopher Wilson (*pro hac vice forthcoming*)
    Kelsey Paine (*pro hac vice forthcoming*)
28  Megan Tankel (*pro hac vice forthcoming*)

Gibson, Dunn & Crutcher LLP

BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001-5692
Phone (202) 639-7909
Fax (202) 639-1165
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
kelsey.paine@bakerbotts.com
megan.tankel@bakerbotts.com

*Counsel for Defendant*
*EOG RESOURCES, INC.*

**IT IS HEREBY ORDERED** that these actions are consolidated for all purposes under Case No. 2:24-cv-00103-GMN-MDC, before District Judge Gloria Navarro and Magistrate Judge Couvillier. The parties are directed to make all future filings in Case No. 2:24-cv-00103-GMN-MDC.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2024

Gibson, Dunn & Crutcher LLP

**CERTIFICATE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on March 29, 2024, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

Executed on March 29, 2024

*/s/ Samuel G. Liversidge*
Samuel G. Liversidge

Gibson, Dunn & Crutcher LLP