Christopher A. Turtzo; NV Bar No. 10253
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

Patrick Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

[Additional attorneys listed on signature page.]

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL ROSENBAUM, *et al.*,

Plaintiffs,

v.

PERMIAN RESOURCES CORP., *et al.*,

Defendants.

CASE NO. 2:24-cv-00103-GMN-MDC

**PLAINTIFFS' MOTION TO CONTINUE/EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO TRANSFER**

**(First Request)**

ANDREW CAPLEN INSTALLATIONS, LLC, *et al.*,

Plaintiffs,

v.

PERMIAN RESOURCES CORP., *et al.*,

Defendants.

CASE NO. 2:24-cv-00150-GMN-MDC

| | |
|---|---|
| THESE PAWS WERE MADE FOR WALKIN' LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00164-GMN-MDC |
| JOHN MELLOR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-CV-00253-GMN-MDC |
| BRIAN COURTMANCHE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00198-GMN-MDC |
| LAURIE OLSEN SANTILLO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00279-GMN-MDC |
| RICHARD BEAUMONT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00298-GMN-MDC |

| | |
|---|---|
| BARBARA AND PHILLIP MACDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00325-GMN-MDC |
| WESTERN CAB COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00401-GMN-MDC |

**MOTION TO CONTINUE/EXTEND DEADLINE FOR RESPONSE TO MOTION TO TRANSFER**

Plaintiffs in the above-captioned cases ("Plaintiffs") jointly move for this Court to continue briefing and any hearing on the motion to transfer venue (ECF No. 157, "Motion to Transfer") filed by Defendants in the above-captioned cases ("Defendants") on March 22, 2024. Specifically, Plaintiffs ask that the response to the Motion to Transfer, which response is currently due April 10, 2024, instead be due pursuant to schedule promptly set by the judge presiding over this case after there is a ruling on Plaintiffs' pending motion to recuse (ECF No. 156, "Motion to Recuse"), and that the reply deadline and any hearing on the Motion to Transfer also be set in such schedule.

Plaintiffs' request for relief herein is based on their motions, the below declaration, the record of the case, and such argument as may be heard.

Counsel for Plaintiffs have met and conferred with counsel for Defendants regarding the relief sought herein, and they have indicated that Defendants oppose such relief.

Plaintiffs file this Motion to Continue because their Motion to Recuse is still pending, and further briefing and any hearing on Defendants' substantive Motion to Transfer should await a determination on the Motion to Recuse. After the Motion to Recuse has been ruled on, the judge who presides over this case can best set further briefing and any hearing date for the Motion to Transfer.

For the reasons set forth herein, Plaintiffs respectfully request that this Motion to Continue be granted.

DATED: April 2, 2024

**MORRIS, SULLIVAN & LEMKUL, LLP**

**/s/ Christopher A. Turtzo, Esq**.
Christopher A. Turtzo; NV Bar No. 10253
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
*Local Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

**[ADDITIONAL COUNSEL BELOW]**

**MEMORANDUM OF POINTS AND AUTHORITIES**

As explained in Plaintiffs' Motion to Recuse, based on (i) the disclosure by this Court (current judge for this case, the Honorable Judge Gloria M. Navarro) that it has ownership of a significant quantity of shares in Exxon Mobil Corporation ("Exxon") and (ii) the existence of Exxon's binding agreement to acquire Defendant Pioneer Natural Resources Company ("Pioneer"), Plaintiffs believe that this Court (Judge Navarro) should be recused from the above-captioned cases pursuant to 28 U.S.C. §§455(a) and/or 445(b)(4). *See, e.g.*, ECF No. 156 at 7 ("The acquisition, therefore, is likely to close and secure for Exxon a direct ownership interest in Pioneer before any substantive issues in this controversy are resolved, including Defendants' [now-pending] motion to transfer. ").

As anticipated in Plaintiffs' Motion to Recuse, Defendants have now filed their Motion to Transfer, which makes no mention of Plaintiffs' Motion to Recuse and seeks the transfer of the above-captioned cases pursuant to 28 U.S.C. § 1404(a) to the District Court for the Western District of Texas (Midland/Odessa Division) or, in the alternative, to the District Court for the Northern District of Texas or the District Court for the Southern District of Texas. *See, e.g.*, ECF No. 157 at 1 (arguing that "[t]hese cases should be transferred to Texas…."; "[t]he relevant events alleged in the complaints occurred in Texas"; "…Midland, Texas, which is centrally located in the shale-rich Permian Basin in the Western District of Texas, lies at the heart of the shale oil industry that is the subject of the complaints. ").

The Motion to Recuse and Motion to Transfer are currently pending before this Court, with briefing schedules that are proceeding relatively in parallel to one another. However, it is essential that this Court rule on Plaintiffs' Motion to Recuse before making a determination on substantive issues in these cases, such as whether or not Defendants' assertions in their Motion to Transfer are true and whether or not those assertions warrant transfer in the opinion of this Court. *See United States v. Feldman*, 983 F.2d 144, 145 (9th Cir. 1992) ("Thus, when a judge determines that recusal is appropriate it is not within his discretion to recuse by subject matter or only as to certain issues and not others. Rather, recusal must be from a whole proceeding…").

This Motion to Continue the briefing and/or hearing on Defendants Motion to Transfer should be granted to ensure that the Plaintiffs' Motion to Recuse is ruled upon by this Court prior to the ruling on the Motion to Transfer. As such, Plaintiffs respectfully request the current April 10, 2024, deadline to file their response to the Defendants' Motion to Transfer be continued to a set period after the Motion to Recuse is decided.

DATED: April 2, 2024

**MORRIS, SULLIVAN & LEMKUL, LLP**

**/s/ Christopher A. Turtzo, Esq**.
Christopher A. Turtzo; NV Bar No. 10253
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
*Local Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

**[ADDITIONAL COUNSEL BELOW]**

**DECLARATION OF CHRISTOPHER A. TURTZO IN SUPPORT OF MOTION TO EXTEND TIME**

I, Christopher A. Turtzo, declare under penalty of perjury as follows:

1. I am an attorney at the law office of Morris, Sullivan & Lemkul, local counsel for the Plaintiffs in the Rosenbaum, et al case and working with counsel for all Plaintiffs in the above-captioned cases. I submit this declaration in support of Plaintiffs' Motion to Continue.

2. On April 1, 2024, a representative from the group of Plaintiffs' attorneys in the above-cases asked counsel for all Defendants if Defendants in the above-referenced actions would oppose the relief requested by Plaintiffs herein.

3. On the same day, Defendants advised that they oppose the requested relief sought by Plaintiffs.

I declare under penalty of perjury under the laws of the United States, including 28 U.S.C. sec. 1746, that the foregoing is true and correct.

Dated: April 2, 2024

***/s/ Christopher A. Turtzo, Esq.***

Christopher A. Turtzo, Esq.

*ADDITIONAL COUNSEL*

**EGLET ADAMS EGLET HAM & HENRIOD**

*/s/ Robert Eglet*
Robert T. Eglet; NV Bar No. 3402
Artemus W. Ham, IV; NV Bar No. 7001
Erica D. Entsminger; NV Bar No. 7432
400 South Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702): 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

*Local Counsel for Plaintiffs Andrew Caplen Installations LLC and Edward Allegretti, d/b/a Alfred Auto Center, Plaintiff Western Cab Company*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Brent W. Johnson (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)
Nina Jaffe-Geffner (*pro hac vice*)
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
rcobbs@cohenmilstein.com
njaffegeffner@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michael Eisenkraft (*pro hac vice*)
Christopher Bateman (*pro hac vice*)
Aaron Marks (*pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 883-7797
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
amarks@cohenmilstein.com

*Counsel for Plaintiffs Andrew Caplen Installations LLC and Edward Allegretti, d/b/a Alfred Auto Center*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Brent W. Johnson (*pro hac vice*)
Robert W. Cobbs (*pro hac vice*)

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (*pro hac vice*)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick Rodriguez (*pro hac vice*)
230 Park Ave., 17th Floor
New York, NY 11069
Tel: (212) 223-6444
prodriguez@scott-scott.com

*Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

**THE BOURASSA LAW GROUP**

/s/ *Mark Bourassa*
Mark J. Bourassa, Esq. (NBN 7999)
Jennifer A. Fornetti, Esq. (NBN 7644)
Valerie S. Christian Esq. (NBN 14716)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189

1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
rcobbs@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michael Eisenkraft (*pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 883-7797
meisenkraft@cohenmilstein.com

*Counsel for Plaintiff Western Cab Company*

**MUCKLEROY LUNT, LLC**

*/s/ Martin Muckleroy*
Martin A. Muckleroy
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Phone (702) 907-0097
Fax (702) 938-4065
martin@muckleroylunt.com

*Local Counsel for These Paws Were Made For Walkin' LLC*

**LOCKRIDGE GRINDAL NAUEN PLLP**

*/s/ Brian Clark*
Brian D. Clark (*pro hac vice*)
Rebecca A. Peterson (*pro hac vice*)
Stephen J. Teti (*pro hac vice*)
Arielle S. Wagner (*pro hac vice*)
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

*Counsel for These Paws Were Made For Walkin' LLC*

**LAW OFFICES OF ANDREW M. LEAVITT, ESQ.**

*/s/ Robert Purdy*
Robert F. Purdy (NV Bar No. 6097)
633 South Seventh Street

mbourassa@blgwins.com
jfornetti@blgwins.com
vchristian@blgwins.com

*Local Counsel for John Mellor*

**GROSS KLEIN PC**
Stuart G. Gross (*Pro Hac Vice*)
Travis H. Smith (*Pro Hac Vice*)
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile: (415) 480-6688
sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com

**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
Todd M. Schneider (*Pro Hac Vice* forthcoming)
Matthew S. Weiler (*Pro Hac Vice* forthcoming)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

*Counsel for John Mellor*

**SALTZMAN MUGAN DUSHOFF**

*/s/ Matthew Dushoff*
Matthew T. Dushoff, Esq. (Nevada Bar No. 004975)
William A. Gonzales, Esq. (Nevada Bar No. 015230)
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
mdushoff@nvbusinesslaw.com
wgonzales@nvbusinesslaw.com

*Local Counsel for Barbara and Phillip MacDowell*

**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Diana J. Zinser (*pro hac vice*)
2001 Market Street, Suite 3420

Las Vegas, NV 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438
Robert.purdy@andrewleavittlaw.com

*Local Counsel for Plaintiff Laurie Olsen Santillo, Plaintiffs Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins LLC, Plaintiff Richard Beaumont*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Jennifer Sprengel (*pro hac vice*)
Daniel O. Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel.: 312.782.4880
Fax: 312.782.4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

*Counsel for Plaintiff Laurie Olsen Santillo*

**PEARSON WARSHAW, LLP**
Daniel L. Warshaw (*Pro Hac Vice*)
Bobby Pouya (*Pro Hac Vice*)
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com

**PEARSON WARSHAW, LLP**
Jill M. Manning (Bar No. 178849)
Neil J. Swartzberg (Bar No. 215133)
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com
nswartzberg@pwfirm.com

*Counsel for Plaintiff Richard Beaumont*

**FREED KANNER LONDON & MILLEN LLC**
Matthew W. Ruan (*pro hac vice*)
Douglas A. Millen (*pro hac vice*)
Michael E. Moskovitz
Nia-Imara Binns
100 Tri-State International, Suite 128

Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 466-6611
bcaldes@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

**REINHARDT WENDORF & BLANCHFIELD**
Garrett D. Blanchfield (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

**MCLAFFERTY LAW FIRM, P.C.**
David P. McLafferty (*pro hac vice* forthcoming)
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
dmclafferty@mclaffertylaw.com

*Counsel for Barbara and Phillip MacDowell*

Lincolnshire, Illinois 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

**FREED KANNER LONDON & MILLEN LLC**
Kimberly A. Justice (*Pro Hac Vice* forthcoming)
Jonathan M. Jagher (*Pro Hac Vice* forthcoming)
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

**AETON LAW PARTNERS LLP**
Jonathan M. Shapiro (*Pro Hac Vice* forthcoming)
311 Centerpoint Drive
Middletown, Connecticut 06475
Telephone: (860) 724-2160
jms@aetonlaw.com

*Counsel for Plaintiffs Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL, LLP, and that I caused a true and correct copy of the foregoing Motion to Extend Time to be served via Electronic Service to all parties and counsel identified on the CM/ECF System via electronic notification on this 2nd day of April, 2024.

*/s/Dominique Rocha*

An Employee of Morris, Sullivan & Lemkul, LLP

1010850.1

9

Case No. 2:24-cv-00103-GMN-MDC

PLAINTIFFS' MOTION TO CONTINUE BRIEFING AND HEARING ON PENDING MOTION FOR TRANSFER