UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREW CAPLEN INSTALLATIONS LLC, *et al.*,<br><br>                    Plaintiffs,<br>     v.<br><br>PERMIAN RESOURCES CORP., F/K/A CENTENNIAL RESOURCE DEVELOPMENT, INC., *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-00103-MMD-MDC<br><br>ORDER |
| AND ALL RELATED CASES | |

Various orders were entered as these related cases were transferred between judges and ultimately all assigned to me. Some orders entered in certain cases do not state that the above referenced case, Case No. 2:24-cv-00103-MMD-MDC, is the lead case, but it is. The Court therefore enters this order to clarify this, and to close two member cases and consolidate them into this one.

It is therefore ordered that Case No. 2:24-cv-00103-MMD-MDC is the lead case in all putative class actions alleging that Defendants conspired to constrain the production of shale oil to increase the price of oil products assigned to this Court.

It is further ordered that the following cases are all member cases of Case No. 2:24-cv-00103-MMD-MDC: 2:24-cv-00198-MMD-MDC; 2:24-cv-00279-MMD-MDC; 2:24-cv-00298-MMD-MDC; 2:24-cv-00325-MMD-MDC; and 2:24-cv-00253-MMD-MDC.

The Clerk of Court is directed to file a copy of this order in all the above referenced cases and update their dockets accordingly.

It is further ordered that, for clarity, the pending motion to transfer (ECF No. 157) and motion to compel Rule 16(f) Discovery (ECF No. 169) in this case remain pending,

though these consolidated cases may be further consolidated into *in re Shale Oil Antitrust Litigation*, Case No. MDL No. 3119 ("the MDL") before the Court rules on them.

It is further ordered that, regardless of what happens with the MDL, Case No. 2:24-cv-00253-MMD-MDC is now a member case of this, the lead case. It is accordingly ordered that the pending motion in Case No. 2:24-cv-00253-MMD-MDC, ECF No. 30, is denied without prejudice as redundant of the pending motion to transfer in this, the lead case.

The Clerk of Court is further directed to close Case No. 2:24-cv-00253-MMD-MDC after docketing a copy of this order in it.

The Clerk of Court is further directed to close Case No. 2:24-cv-00325-MMD-MDC after docketing a copy of this order in it.

DATED THIS 16th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE