Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald (*pro hac vice*)
Stephen M. Medlock (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant Permian Resources Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No.: 2:24-cv-00103-MMD-MDC<br><br>**ORDER GRANTING MOTION FOR REMOVAL OF ADAM L. HUDES FROM CM/ECF SERVICE LIST** |

4865-4529-9393.2

1    Defendant Permian Resources Corporation ("Permian") hereby respectfully moves this
2    Court to remove Adam L. Hudes from the CM/ECF Service List in the above-captioned matter such
3    that he be disassociated as counsel of the record in this matter. Defendant Permian continues to be
4    represented by the law firms McDonald Carano LLP and Vinson & Elkins LLP.
5    Permian hereby requests that the Clerk's office make such changes to the docket and to the
6    electronic notification system as necessary to reflect the withdrawal of Adam L. Hudes as counsel
7    of record for Permian.

8    . . .
9    . . .
10   . . .
11   . . .
12   . . .
13   . . .
14   . . .
15   . . .
16   . . .
17   . . .
18   . . .
19   . . .
20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28   . . .

This Motion shall also serve as notice that attorney Adam L. Hudes has disassociated as counsel of record in this case. Accordingly, Permian respectfully requests that Adam L. Hudes' name be removed from the CM/ECF Service List in this matter.

Date: May 23, 2024

        McDONALD CARANO LLP

        By: */s/ Kristen T. Gallagher*
            Kristen T. Gallagher (NSBN 9561)
            2300 West Sahara Avenue, Suite 1200
            Las Vegas, Nevada 89102
            kgallagher@mcdonaldcarano.com

        Michael W. Scarborough (*pro hac vice*)
        Dylan I. Ballard (*pro hac vice*)
        VINSON & ELKINS LLP
        555 Mission Street, Suite 2000
        San Francisco, CA 94105
        Telephone: (415) 979–6900
        mscarborough@velaw.com
        dballard@velaw.com

        Craig P. Seebald (*pro hac vice*)
        Stephen M. Medlock (*pro hac vice*)
        VINSON & ELKINS LLP
        2200 Pennsylvania Avenue NW
        Suite 500 West
        Washington, DC 20037
        Telephone: (202) 639-6500
        cseebald@velaw.com
        smedlock@velaw.com

        *Attorneys for Defendant Permian Resources Corporation*

DATED this 24th day of May 2024.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 23rd day of May, 2024, a true and correct copy of the foregoing **MOTION FOR REMOVAL OF ADAM L. HUDES FROM CM/ECF SERVICE LIST** to be served via this Court's CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification:

/s/     Marianne Carter
An employee of McDonald Carano LLP