**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daniel Rosenbaum, et al.,

           Plaintiff(s),

vs.

Permian Resources Corp., et al.,

           Defendant(s).

2:24-cv-00103-MMD-MDC

Order

The Court has reviewed Plaintiffs' *Motion to Compel* ("Motion")(ECF No. 169) and DENIES the Motion. Plaintiffs do not offer or demonstrate any extraordinary or exigent circumstances warranting discovery at this juncture. No defendant has answered the complaint and, more importantly, venue in this District is disputed and remains unresolved. *See ECF Nos. 166-168.* Additionally, the Court finds that plaintiffs' Motion contravenes Rule 1 of the Federal Rules of Civil Procedure.

Rule 1 provides, in relevant part, that the Federal Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and *inexpensive determination* of every action and proceeding." Fed. R. Civ. P. 1 (emphasis added). Under the circumstances here, the requested discovery and motion practice contravenes the objective of Rule 1.

IT IS ORDERED that Plaintiffs' *Motion to Compel* (ECF No. 169) is DENIED without prejudice, with leave to refile, if appropriate, AFTER the Court rules on both the (1) Joint Motion to Change Venue or Transfer and (2) a Motion to Stay Case (ECF Nos. 157 and 183).

Dated this 17th day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge