Nicholas J. Santoro, Esq.
Nevada Bar No. 532
F. Thomas Edwards, Esq.
Nevada Bar No. 9549
HOLLEY DRIGGS
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email:  nsantoro@nevadafirm.com
            tedwards@nevadafirm.com

Kevin S. Schwartz (*Admitted Pro Hac Vice*)
David Alexander Papirnik (*Admitted Pro Hac Vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000
Email: KSchwartz@wlrk.com
            DAPapirnik@wlrk.com

*Attorneys for Defendant Hess Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSENBAUM, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br>PERMIAN RESOURCES CORP., *et al.*,<br>　　　　　Defendants. | CASE NO. 2:24-cv-00103-GMN-MDC<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL AS COUNSEL** |
| ANDREW CAPLEN INSTALLATIONS, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br>PERMIAN RESOURCES CORP., *et al.*,<br>　　　　　Defendants. | CASE NO. 2:24-cv-00150-GMN-MDC |

| | |
|---|---|
| THESE PAWS WERE MADE FOR WALKIN' LLC, *et al.*,<br><br>    Plaintiffs,<br> v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-00164-GMN-MDC |
| JOHN MELLOR, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>    Defendants. | CASE NO. 2:24-CV-00253-GMN-MDC |
| BRIAN COURTMANCHE, *et al.*,<br><br>    Plaintiffs,<br> v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-00198-GMN-MDC |
| LAURIE OLSEN SANTILLO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-00279-GMN-MDC |
| RICHARD BEAUMONT, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>    Defendants. | CASE NO. 2:24-cv-00298-GMN-MDC |

| | |
|---|---|
| BARBARA AND PHILLIP MACDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00325-GMN-MDC |
| WESTERN CAB COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERMIAN RESOURCES CORP., *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00401-GMN-MDC |

PLEASE TAKE NOTICE that Margarita Elias, Esq. is no longer associated or affiliated with the law firm HOLLEY DRIGGS and is thus no longer counsel of record for Defendant Hess Corporation. Please update all service lists accordingly.

Defendant Hess Corporation shall continue to be represented by Nicholas J. Santoro, Esq. and F. Thomas Edwards, Esq. of the law firm HOLLEY DRIGGS, and Kevin S. Schwartz, Esq., and David A. Papirnik, Esq., of the law firm WACHTELL, LIPTON, ROSEN & KATZ.

Dated this 2nd day of July 2024.

Respectfully submitted,

**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
Nicholas J. Santoro (NV Bar No. 532)
F. Thomas Edwards (NV Bar No. 9549)
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
tedwards@nevadafirm.com

Kevin S. Schwartz (*Pro Hac Vice*)
David A. Papirnik (*Pro Hac Vice*)
WACHTELL, LIPTON, ROSEN & KATZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000
Email:  KSchwartz@wlrk.com
            DAPapirnik@wlrk.com

*Attorneys for Defendant Hess Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2024, a true and correct copy of **NOTICE OF DISASSOCIATION AND WITHDRAWAL AS COUNSEL** was served electronically through with the Clerk of the Court using the CM/ECF system to all counsel of record.

*/s/ Jana Chaffee*
An Employee of HOLLEY DRIGGS